UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **ROSALINDA TORRES** | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:24-cv-00555 |
| | ) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | ) |
| | ) |
|     **Defendant.** | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff and Defendant Portfolio Recovery Associates LLC pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby requesting that this action be dismissed with prejudice. In support hereof, the Parties state as follows:

1. Plaintiff has agreed to dismiss her claims against Defendant with prejudice.

2. Defendant does not oppose said dismissal.

3. Plaintiff and Defendant have agreed to each pay their respective fees and costs.

WHEREFORE, the Parties request that Plaintiff's claims against Defendant Portfolio Recovery Associates LLC be dismissed with prejudice.

                                                    Respectfully submitted,

Dated: April 4, 2025                        By: s/ Tiffany Hill
                                                    Tiffany Hill, Esq. (OBA# 31332)
                                                    PO Box 803672
                                                    Dallas, TX 75380
                                                    (405) 456-9406
                                                    thlegalconsulting@gmail.com
                                                    *Attorney for Plaintiff*

By: s/ Xerxes Martin
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mgl.law
**MARTIN GOLDEN LYONS**
**WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631
*Counsel for Defendant*
*Portfolio Recovery Associates, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document, using the electronic case filing system of the Court and a copy of the foregoing was served upon all parties of record via CM/ECF.

                                        Respectfully submitted,

Dated: April 4, 2025                      s/ Tiffany Hill